United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LOUREECE STONE CLARK, | Case No. 19-cv-05799-LB |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| CDCR, et al., | Re: ECF No. 1 |
| Defendants. | |

Loureece Stone Clark, an inmate at the California State Prison – Sacramento, filed this *pro se* civil action against two defendants complaining about events and omissions occurring in Sacramento County Superior Court, within the venue of the Eastern District of California. One defendant, the Sacramento County Superior Court, is located in the Eastern District of California. The other defendant, the California Department of Corrections and Rehabilitation, has headquarters in Sacramento County, within the venue of the Eastern District of California. None of the events or omissions giving rise to the complaint occurred within the venue of the Northern District of California.

The court may transfer an action to a different district "[f]or the convenience of parties and witnesses" if the action could have been brought in that district. 28 U.S.C. § 1404(a). This action could have been brought in the Eastern District and should be pursued there for the convenience of

ORDER – No. 19-cv-05799-LB

parties and witnesses. The initial pleading is based on events and omissions that occurred in the Eastern District of California, where one defendant is located and the other has headquarters. Most of the witnesses and evidence will be found in that district. Accordingly, pursuant to 28 U.S.C. § 1404(a), and for the convenience of parties and witnesses, this action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
LAUREL BEELER
United States Magistrate Judge